**Order entered April 22, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00235-CV

### ANTONIO RENAULD HENDERSON, Appellant

### V.

### VICTRON STORES, LP D/B/A GATEWAY #24 SHELL, Appellee

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-03771**

## ORDER

The Court has before it the District Clerk's April 17, 2013 request for an extension of time in which to file the clerk's record. The Court **GRANTS** the request and **ORDERS** the District Clerk to file the clerk's record within thirty days of the date of this order.

/s/    DAVID LEWIS
        JUSTICE